**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIE JOHNSON,<br><br>        Petitioner,<br><br>        v.<br><br>BOARD OF PRISON HEARINGS, ET AL.,<br><br>        Respondent. | NO. CV 10-07592 TJH (SS)<br><br><br><br>**JUDGMENT** |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 10, 2011

                                            TERRY J. HATTER, JR.
                                            UNITED STATES DISTRICT JUDGE